IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HOONG,<br><br>                Petitioner,<br><br>vs.<br><br>RAUL LOPEZ, Warden, High Desert State Prison,<br><br>                Respondent. | No. 2:10-cv-01247-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 29] |

At Docket No. 29 Tony Hoong, a state prisoner appearing through counsel, filed a Motion to Proceed *In Forma Pauperis* on Appeal. The motion is not accompanied by the required affidavit.[1] This Court has declined to issue a Certificate of Appealability and the Court of Appeals has not yet ruled on the question of appealability. Accordingly, at this point the motion is premature.

**IT IS THEREFORE ORDERED THAT** the Request to Proceed *In Forma Pauperis* on Appeal at Docket No. 29 is **DENIED**, without prejudice to renewal accompanied by the required affidavit in the event the Court of Appeals issues a Certificate of Appealability.

Dated: November 14, 2012.

                                                  /s/ James K. Singleton, Jr.
                                                  JAMES K. SINGLETON, JR.
                                                  United States District Judge

---

[1] *See* 28 U.S.C. § 1915(a)(1); Fed. R. App. P. 24(a)(1).